**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-1757**

————————

In Re: MUZIO ROBERTO and MARY K. ROBERTO,

                                              Debtors.

_____


MUZIO B. ROBERTO; MARY K. ROBERTO,

                                   Debtors - Appellants,

          versus


JOSEPH NAPOLI; MARION NAPOLI,

                                   Creditors - Appellees.


————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-98-4097-AW, BK-98-12440-PM, 98-A1445-PM, CA-99-35-AW)

————————

Submitted:  September 30, 1999      Decided:  October 8, 1999

————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Muzio B. Roberto, Mary K. Roberto, Appellants Pro Se.  Matthew
Wilson Black, Jr., HEENEY, ARMSTRONG & HEENEY, Rockville, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muzio and Mary Roberto appeal from the district court's order affirming the bankruptcy court's order dismissing their complaint to recover $102,000. Because the Robertos seek to set aside a state court judgment, the bankruptcy court properly dismissed the claim under the Rooker-Feldman doctrine. See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983). Accordingly, we affirm. We deny the motions for sanctions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED